1  WILLIAM M. KUNTZ  # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                        EASTERN DIVISION

10

11  GREGORIO SERRANO,              )      No.  EDCV 09-1540 MLG
                                   )
12            Plaintiff,           )      ORDER AWARDING
                                   )      EAJA FEES
13       v.                        )
                                   )
14  MICHAEL J. ASTRUE,             )
    Commissioner of Social Security, )
15                                 )
              Defendant.           )
16  _____ )

17

18       Based upon the parties' Stipulation for Award and Payment of Equal Access

19  to Justice Act (EAJA) Fees ("Stipulation"),

20       **IT IS ORDERED** that Plaintiff's counsel, as Plaintiff's assignee, shall be

21  awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the

22  amount of ONE THOUSAND FOUR HUNDRED TEN DOLLARS and no/cents

23  ($1,410.00), as authorized by  28 U.S.C. § 2412 (d), and subject to the terms and

24  conditions of the Stipulation.

25

26  DATED: May 18, 2010

27                                MARC L. GOLDMAN

28                                UNITED STATES MAGISTRATE JUDGE

                                   1